# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                                    NO. 4:15CR00021-001 SWW

JAMES MASON CRAIG, JR.                                                               DEFENDANT

### ORDER

Before the Court is the government's petition requesting that summons be issued and a hearing to modify conditions of release be held as to the above-named defendant [doc #2].

A hearing is scheduled on **MONDAY, MARCH 23, 2015 AT 2:00 P.M.**, Courtroom #389, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously granted this defendant should not be revoked.

IT IS SO ORDERED that the Clerk of Court is directed to issue a summons for ***JAMES MASON CRAIG, JR.***, and the United States Marshal is directed to serve the summons in this matter upon defendant.

Based upon the information provided by the U. S. Probation Office concerning defendant's financial inability to employ counsel, the Court finds that defendant is eligible for appointment of counsel and therefore the Court appoints *Nicole Lybrand, Assistant Federal Public Defender* as counsel for this defendant.

DATED this 12th day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE